# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEDRIA DESHAWN WATSON,
　　　　　　　Appellant,
vs.
THE STATE OF NEVADA,
　　　　　　　Respondent.

No. 70243



FILED

AUG 09 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge. No statute or court rule permits an appeal from an order denying a motion for reconsideration. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). To the extent appellant appeals from the October 13, 2015, order denying her motion to correct an illegal sentence, the notice of appeal was not filed until April 21, 2016, well outside the 30-day appeal period provided by NRAP 4(b)(1). *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-24682

cc: Hon. Jennifer P. Togliatti, District Judge
Kedria Deshawn Watson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A